IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

vs.                                                        No. CIV 07-240 JB/RHS
                                                                   No. CR 03-0569 JB

OMAR MOHAMMED,

      Defendant/Movant.

## JUDGMENT

**THIS MATTER** having come before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, and consistent with the order of dismissal accompanying this judgment;

**IT IS ORDERED** that this civil proceeding is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

Gregory J. Fouratt
  United States Attorney
Presiliano Torrez
  Assistant United States Attorney
United States Attorneys Office
Albuquerque, New Mexico

      *Attorneys for the Plaintiff/Respondent*

Omar Mohammed
FCI Victorville II
Adelanto, California

      *Defendant/Movant Pro Se*